ECF No. 41

Report Date:  June 4, 2026

PROB 12C
(6/16)

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 05, 2026**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Cory Moore     Case Number: 0980 2:22CR00090-TOR-1

Address of Offender: ████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2023

Original Offense:     Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a)

Original Sentence:     Prison - 30 months;     Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Ann Wick            Date Supervision Commenced: February 24, 2025

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: February 23, 2030

---

## PETITIONING THE COURT

To incorporate the violations contained in the petition with a previous petition filed with the Court on May 21, 2026

The conditions of supervision were reviewed with Mr. Moore on February 24, 2025, relative to his judgement in this case.  He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Moore violated special condition number 6 by testing positive for methamphetamine on or around May 19, 2026. |
| | Mr. Moore provided a urinalysis test at the probation office on May 19, 2026, that was presumptive positive for methamphetamine.  He denied the use of said substance and the urine sample was sent to the contract laboratory for further testing.  The sample returned showing a positive result for methamphetamine. |
| 5 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Moore, Jason Cory**
**June 4, 2026**
**Page 2**

**Supporting Evidence**: It is alleged Mr. Moore violated special condition number 6 by failing to appear for urinalysis testing on May 28, 2026.

On May 28, 2026, the color of the day for random urinalysis testing at Pioneer Human Services was brown 1, Mr. Moore's assigned color for random urinalysis testing. Per the roster provided by Pioneer Human Services, Mr. Moore failed to appear for his urinalysis test.

6          **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Moore violated special condition number 6 by testing positive for marijuana on or around May 26, 2026.

Mr. Moore provided a urinalysis test at the probation office on May 26, 2026, that was presumptive positive for marijuana. He denied the use of said substance and the urine sample was sent to the contract laboratory for further testing. The sample returned showing a positive result for marijuana

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/04/2026
_____

s/Corey M. McCain
_____

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

June 5, 2026
_____
Date