ECF No. 43

PROB 12C
(6/16)

Report Date:  June 16, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Cory Moore     Case Number: 0980 2:22CR00090-TOR-1

Address of Offender: ██████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2023

| | |
|---|---|
| Original Offense: | Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick |
| | Date Supervision Commenced: February 24, 2025 |
| Defense Attorney: | Andrea George |
| | Date Supervision Expires: February 23, 2030 |

### PETITIONING THE COURT

To incorporate the violations contained in the petition with a previous petition filed with the Court on 05/21/2026 and 06/04/2026.

The conditions of supervision were reviewed with Mr. Moore on February 24, 2025, relative to his judgement in this case.  He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Moore violated special condition number 6 by testing positive for methamphetamine on or around June 11, 2026

Mr. Moore reported to the probation office on June 16, 2026.  He admitted to using methamphetamine on June 11, 2026 and signed an admission of use form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Moore, Jason Cory**
**June 16, 2026**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/16/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violations contained in this petition
        with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

June 17, 2026

Date