PROB 12C
(6/16)

Report Date:  June 30, 2026

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Cory Moore          Case Number: 0980 2:22CR00090-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2023

Original Offense:        Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 30 months;          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Ann Wick                     Date Supervision Commenced: February 24, 2025

Defense Attorney:        John Stephen Roberts, Jr.    Date Supervision Expires: February 23, 2030

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition with previous petitions filed with the Court on 05/21/26, 06/04/26, and 06/17/26.

The conditions of supervision were reviewed with Mr. Moore on February 24, 2025, relative to his judgement and sentence in this case.  He signed his judgement acknowldging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Moore is in violation of his conditions of supervised release by using methamphetamine on or around June 9, 2026.

On June 9, 2026, Mr. Moore submitted to urinalysis testing at Pioneer Human Services.  The sample yielded presumptive positive findings for the presence of methamphetamine and the sample was sent to the contract laboratory for further testing due to Mr. Moore denying illicit drug use.

On June 17, 2026, the lab report was received confirming the urinalysis test to be positive for methamphetamine.

Prob12C
**Re: Moore, Jason Cory**
**June 30, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/30/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Thomas O. Rice

Signature of Judicial Officer

July 1, 2026

Date