PROB 12C
(6/16)

Report Date: September 18, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Cory Moore Case Number: 0980 2:22CR00090-TOR-1

Address of Offender: [redacted], Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2023

Original Offense: Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 30 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ann Wick

Date Supervision Commenced: February 24, 2025

Defense Attorney: Federal Defenders Office

Date Supervision Expires: February 23, 2030

---

**PETITIONING THE COURT**

To issue a summons and incorporate the violations previously reported to the Court.

To incorporate the violations contained in the petition with previous petitions filed with the Court on 05/21/26, 06/04/26, 06/17/26, and 07/01/26.

The conditions of supervision were reviewed with Mr. Moore on February 24, 2025, relative to his judgement in this case. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 31, 2026, Mr. Moore provided a urinalysis test at Pioneer Human Services that was positive for methamphetamine and confirmed by the contract laboratory. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Corey M. McCain

September 18, 2026

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 23, 2026

Date